In the Matter of the Application of CHARLES BECKMANN, as Executor of the Estate of WILLIAM BECKMANN, Deceased, Petitioner-Respondent, against CHARLES H. BRANDT and Others, as and Constituting the Zoning Board of Appeals of the Incorporated Village of Island Park, Respondents, and CHARLES M. EMERSON and Others, Constituting the Building Committee of the Village of Island Park, Intervenors-Appellants.— In a proceeding instituted pursuant to article 78 of the Civil Practice Act to review the determination of the zoning board of appeals of the incorporated village of Island Park, denying petitioner's application for a variance of a zoning ordinance of that village so as to permit the erection of oil storage tanks on property of the petitioner in said village, determination unanimously confirmed, without costs. Order transferring proceedings for disposition, and denying appellants' motion to strike out certain paragraphs of the petition, in so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements to petitioner-respondent and against the intervenors-appellants No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Petition of NATHAN BONIOS to Render and Settle His Account as Administrator of TILLIE FRIEDLANDER, Deceased. SAM FRIEDLANDER, Appellant; NATHAN BONIOS, as Administrator, etc., of TILLIE FRIEDLANDER, Deceased, and CHARLES L. LIVINGSTON, JR., as Special Guardian for MANUEL FRIEDLANDER and PAUL FRIEDLANDER, Infants, etc., Respondents.— Appeal from an order of the Surrogate's Court, Kings County, denying appellant's motion for reargument of a motion to confirm the report of a referee and upon such reargument to modify the decree confirming such report, dismissed, without costs. The order is not appealable. Appeal from an order of the Surrogate's Court, Kings County, granting the motion of the administrator and dismissing the objections and the additional objections of the appellant to the account of the administrator as filed. Order affirmed, with ten dollars costs and disbursements, payable by appellant personally. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of AUGUSTA HARDING, Respondent, against WILLIAM HARDING, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court Division), County of Queens, directing appellant to pay seven dollars per week for the support of his wife and child, unanimously affirmed. Appeal does not lie from a decision. Such appeal, therefore, is dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.